**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**KATHY STRACENER**                                                                                      **PLAINTIFF**

**v.**                                   **Case No. 3:21-cv-00207-JTK**

**KILOLO KIJAKAZI**                                                                                      **DEFENDANT**
**Acting Commissioner**
**Social Security Administration**

**ORDER**

Pending before this Court is Plaintiff Kathy Stracener's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. No. 19) Plaintiff requests a total of $4,343.38 (which includes $4,321.90 in fees and $21.48 in expenses). (Doc. No. 19) Defendant does not object to this award. (Doc. No. 21) After careful consideration, the Court finds that Ms. Stracener should be awarded reasonable attorney's fees.

EAJA fees are payable to plaintiffs, not plaintiffs' attorneys, and such fees are subject to an offset when plaintiffs have outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Therefore, subject to any offset, payment by check to the order of Ms. Stracener, in care of her attorney, will issue to Ms. Stracener's attorney.

Accordingly, the Motion for Attorney's Fees pursuant to the EAJA (Doc. No. 19) is GRANTED. Ms. Stracener is awarded $4,343.38.

SO ORDERED THIS 30th day of August, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE